Marshall D. Cohen, LLC
1303 Olentangy River Road
Suite 201
Columbus, OH 43212

Kenneth W. Fox
8940 Chevington Ct.
Pickerington, OH 43147

Date:  5/21/2014

Regarding:  Fox, Kenneth William
Invoice No:  02040

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8/15/2013 | MDC | Reviewed and signed letter to client regarding Trustee's Motion to Dismiss. | 0.10 | $270.00 | $27.00 |
| 8/22/2013 | MDC | Office conference with client regarding motion to dismiss and motion to modify. | 0.80 | $270.00 | $216.00 |
| 8/26/2013 | MDC | Drafted Memorandum in Opposition to Trustee's Motion to Dismiss | 0.40 | $270.00 | $108.00 |
| 9/26/2013 | RLD | Began drafting Motion to Modify Plan | 0.90 | $145.00 | $130.50 |
| 9/27/2013 | RLD | Finished drafting Motion to Modify Plan. | 0.30 | $145.00 | $43.50 |
| 10/11/2013 | RLD | Amended Motion to Modify | 0.10 | $145.00 | $14.50 |
| 10/15/2013 | RLD | Conversation with client regarding current issues with his motion to modify. | 0.10 | $145.00 | $14.50 |
| 11/01/2013 | MDC | Reviewed file and emailed Trustee's office regarding the client's motion to modify. | 0.10 | $270.00 | $27.00 |
| 11/01/2013 | RLD | Amended motion to modify | 0.20 | $145.00 | $29.00 |
| 11/04/2013 | MDC | Emailed Trustee's Office regarding hearing set for MTD. | 0.10 | $270.00 | $27.00 |
| 11/04/2013 | MDC | Emailed Trustee's office regarding second amended motion. | 0.10 | $270.00 | $27.00 |
| 11/07/2013 | MDC | Reviewed and signed letter to client regarding the withdrawal of the Trustee's Motion to Dismiss. | 0.10 | $270.00 | $27.00 |
| 11/19/2013 | RLD | Emailed proposed agreed order to Trustee's Office | 0.10 | $145.00 | $14.50 |
| 11/19/2013 | RLD | Drafted proposed Agreed Order on Motion to Modify | 0.20 | $145.00 | $29.00 |
| 12/02/2013 | MDC | Reviewed and signed letter to client regarding resolution of motion to modify. | 0.10 | $270.00 | $27.00 |

Total Fees    $761.50

Marshall D. Cohen, LLC
Page No.:    2

**Expenses**

| Start Date | Description | Quantity | Price | Charges |
|---|---|---:|---:|---:|
| 9/27/2013 | Postage for motion to modify | 14.00 | $0.46 | $6.44 |
| 10/14/2013 | Postage for first amended motion to modify | 14.00 | $0.46 | $6.44 |
| 11/01/2013 | Postage for second amended motion to modify | 14.00 | $0.46 | $6.44 |
| 5/21/2014 | Postage for Memorandum in Opposition to Trustee's Motion to Dismiss | 1.00 | $0.46 | $0.46 |
| | | | Total Expenses | $19.78 |
| | Total New Charges | | | $781.28 |
| | | | Total Amount Due this Bil | $781.28 |